REGINA PERRY v. M. L. MERSHON and MARIE MERSHON, his wife.

17 So. (2nd) 552                  January Term, 1944
April 14, 1944                       Division A

*Morrow & Mayes* and *L. J. Cushman,* for appellant.

*McKay, Dixon & DeJarnette,* for appellees.

PER CURIAM:

From a consideration of the whole record, we find no reversible error, hence the judgment appealed from is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.

INTER-OCEAN CASUALTY COMPANY, a corporation, v. JAMES M. GRIFFIN.

17 So. (2nd) 552                  January Term, 1944
April 14, 1944                       Division A

*Merritt & Newberry,* for appellant.

*Wm. Fisher,* for appellee.

PER CURIAM:

On motion this cause might well have been dismissed because the appeal is without merit.

Judgment affirmed.

So ordered.

Affirmed.

BUFORD, C. J., TERRELL, CHAPMAN, and ADAMS, JJ., concur.